508 A.2d 550

**Marion QUINN, Executrix of the Estate of James Russell Quinn, Deceased, Petitioner,**

v.

**HOOVER & STRONG, INC. and Charles F. Damm, Inc., Respondents.**

Supreme Court of Pennsylvania.

May 20, 1986.

Petition for Allowance of Appeal GRANTED, No. 44 W.D. Appeal Docket 1986.